UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:22-cv-02444-JMS-CSW ) |
| STAYTON PROPERTIES LLC, a Kansas Limited Liability Company, | ) ) ) ) |
| Defendant. | ) |

**ORDER GRANTING STIPULATION OF DISMISSAL**

This matter came before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs, expenses, and attorneys' fees. The Court shall retain jurisdiction over this action solely for the purpose of enforcing the terms of the Confidential Settlement Agreement entered into by the parties [27].

Date: 10/4/2023

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.